AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:12-cv-13196-LPZ-MJH
Hon. Lawrence P. Zatkoff

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:  Elizabeth M Hodge

Date of Service:  Sun 8/5/12  9:31 am

### Method of Service

✓ Personally served at this address:  Elizabeth M Hodge
3410 W. Chicago
B.F (Light Skin) 42-47yrs  5'4"-5'6"  175-195lbs   Apt 207 W
Detroit MI 48206

___ Left copies at defendant's usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**  Travel $ —   Service $ 30.00   Total $ 30.00

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:  Arthur J Enderle  Process Server

Signature of Server:  [signature] Arthur J Enderle

Date:  8/6/12

Server's Address:  18701 Grand River
Ste 121
Detroit MI 48223

ADRIENNE ALEXANDER
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES May 23, 2014
ACTING IN COUNTY OF Wayne